```
              UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF FLORIDA
                   TALLAHASSEE DIVISION
```

IN RE:                                CASE NO.: 10-40257-KKS
                                      CHAPTER 13
JERRY TULLIS LANGLEY, JR.

_____Debtor_____/

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> **Pursuant to Local Rule 2002-2, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you OBJECT to the relief requested in this paper, you must file your OBJECTION with the Clerk of the Court at 110 E. Park Avenue, Tallahassee, FL 32301, and serve a copy on the Chapter 13 Trustee, Leigh D. Hart, at P. O. Box 646, Tallahassee, FL 32302.**
>
> **If you file and serve an OBJECTION within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an OBJECTION within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the pleading, and will proceed to consider the pleading without further notice or hearing, and may grant the relief requested.**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Motion to Dismiss, and in support thereof states as follows:

1. The Debtor(s) filed this Chapter 13 case on March 25, 2010.

2. The Debtor(s) has failed to provide a copy of the 2014 United States Income Tax Return, if filed, and any applicable refund, to the Chapter 13 Trustee.

**WHEREFORE**, the Chapter 13 Trustee prays that this case be dismissed and for such other and further relief as the Court may deem appropriate.

**RESPECTFULLY SUBMITTED**.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

JERRY TULLIS LANGLEY, JR.
1628 SPRINGCREEK HWY
CRAWFORDVILLE, FL 32327

AND

WILLIAM W. GWALTNEY
4832 KERRY FOREST PARKWAY
SUITE B
TALLAHASSEE, FL 32309

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
    OFFICE OF CHAPTER 13 TRUSTEE

April 6, 2015